UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAEZE NWOSU,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFFREY JOHNSON, et al.,<br><br>    Defendants. | Case No. 2:24-cv-09439-TJH-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge (Dkt. 9). No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

    IT IS THEREFORE ORDERED that Judgment be entered dismissing (1) all claims against the Judicial Defendants without prejudice, but also without leave to amend, due to judicial immunity and lack of subject matter jurisdiction; and (2) dismissing the entire case without prejudice, but also without leave to amend,

due to improper venue.

DATED: June 20, 2025

_____
TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE