JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAEZE NWOSU, | Case No. 2:24-cv-09439-TJH-KES |
| Plaintiff, | |
| v. | **JUDGMENT** |
| JEFFREY JOHNSON, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that the Complaint and entire action is dismissed without prejudice, but also without leave to amend.

DATED: June 20, 2025

_____
TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE