JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAEZE NWOSU,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JEFFREY JOHNSON, et al.,<br><br>　　　　Defendants. | Case No. 2:24-cv-09439-TJH-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge (Dkt. 56). No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

　　　IT IS THEREFORE ORDERED that Judgment be entered declaring Plaintiff a vexatious litigant. Plaintiff shall submit a letter accompanying any future complaints to be filed in this Court, attached to which Plaintiff shall provide (a) a copy of her proposed complaint and (b) a declaration made under oath that the

matters asserted in the complaint have not yet been raised or disposed of on the merits by any other state or federal court and facts showing that venue is proper in the Central District of California pursuant to 28 U.S.C. § 1391.

DATED: August 20, 2025

/s/ Terry J. Hatter, Jr.
TERRY J. HATTER
UNITED STATES DISTRICT JUDGE